UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LESLIE SMITH,<br><br>          Plaintiff,<br><br>    v.<br><br>TEHAMA COUNTY SHERIFF'S DEPARTMENT, et al.,<br><br>          Defendants. | No. 2:16-cv-0545 KJN P<br><br>ORDER |

Plaintiff is a state prisoner, proceeding without counsel, with a civil rights action pursuant to 42 U.S.C. § 1983. On June 29, 2018, the undersigned granted defendants' summary judgment motion and judgment was entered. (ECF Nos. 53, 54.)

On July 12, 2018, plaintiff filed a motion for a thirty days extension of time to file a "motion for reconsideration" of the June 29, 2018 order. (ECF No. 55.) The undersigned construes plaintiff's pleading as a motion for an extension of time to file a request for relief from judgment pursuant to Federal Rule of Civil Procedure 60(b).

> A motion under Rule 60(b) must be made within a reasonable time –
> and for reasons (1), (2), and (3) no more than a year after the entry
> of the judgment or order of the date of the proceeding.

Fed. R. Civ. P. 60(c)(1).

1

Plaintiff's motion for an extension of time to file a Rule 60(b) motion is arguably unnecessary based on the rule regarding the timing of 60(b) motions. Nevertheless, plaintiff is granted thirty days from the date of this order to file a motion for relief from judgment pursuant to Rule 60(b).

Good cause appearing, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for an extension of time (ECF No. 55) is granted;

2. Plaintiff's motion for relief from judgment, pursuant to Federal Rule of Civil Procedure 60(b), is due within thirty days of the date of this order.

Dated: July 19, 2018

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

Sm545.60.kc