UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LESLIE SMITH, | No. 2:16-cv-0545 KJN P |
| Plaintiff, | |
| v. | ORDER |
| TEHAMA COUNTY SHERIFF'S DEPARTMENT, et al., | |
| Defendants. | |

Plaintiff is a state prisoner, proceeding pro se, in an action brought under 42 U.S.C. § 1983. Pending before the court is plaintiff's motion to appoint counsel and demand for a jury trial. (ECF No. 64.) For the reasons stated herein, plaintiff's motion is denied.

On June 29, 2018, the undersigned granted defendants' summary judgment motion and judgment was entered. (ECF Nos. 53, 54.) On July 18, 2018, plaintiff filed a motion for reconsideration of the order granting defendants' summary judgment motion. (ECF No. 57.) On July 30, 2018, plaintiff filed a motion for relief from the order granting defendants' summary judgment motion. (ECF No. 59.) On August 22, 2018, plaintiff filed a motion for appointment of counsel. (ECF NO. 61.)

On August 29, 2018, the undersigned denied plaintiff's motion for reconsideration, motion for relief from the order granting defendants' summary judgment motion, and motion for

1

appointment of counsel.  (ECF No. 63.)  On October 5, 2018, this order was returned unserved on plaintiff, with the envelope marked "refused."

It appears that plaintiff's pending motion was filed because plaintiff did not receive the August 29, 2018 order.  The undersigned herein directs the Clerk of the Court to re-serve plaintiff with the August 29, 2018 order.  For the reasons stated in the August 29, 2018 order, plaintiff's pending motion for appointment of counsel is denied.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for appointment of counsel (ECF No. 64) is denied;

2. The Clerk of the Court is directed to re-serve plaintiff with the order filed August 29, 2018.  (ECF No. 63.)

Dated:  December 12, 2018

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

smit0545.31(2)

2